UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| | ) | Civil Action No. 1:21-cv-00899-RP |
| v. | ) ) | |
| HI TECH MOTORCARS, LLC; HI TECH IMPORTS, LLC; and HI TECH LUXURY IMPORTS, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS HI TECH MOTORCARS, LLC AND HI TECH LUXURY IMPORTS, LLC**

COMES NOW Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Plaintiff" or "Secretary"), and pursuant to Federal Rules of Civil Procedure 12 and 55, respectfully requests the Clerk enter a default against Defendants Hi Tech Motorcars, LLC and Hi Tech Luxury, Imports, LLC (collectively "Defaulting Hi Tech Defendants") on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Federal Rule of Civil Procedure 12(a)(4)(A) states that if the court denies a motion under this provision or postpones its disposition until trial, a responsive pleading must be served within 14 days after notice of the court's action.

The Court denied the Defaulting Hi Tech Defendants' Motion to Dismiss on July 22, 2022, and notice was sent to all parties via the ECF filing system. See ECF Document No. 9, July 22, 2022

1

Court Order.  Accordingly, the Defaulting Hi Tech Defendants' Answers were due on August 5, 2022.  See Federal Rule of Civil Procedure 12(a)(4)(A).  The Defaulting Hi Tech Defendants filed nothing.  Thus, respectfully, the Clerk must now hold them in default.

          Respectfully submitted,

          SEEMA NANDA
          Solicitor of Labor

          JOHN RAINWATER
          Regional Solicitor

          CONNIE M. ACKERMANN
          Deputy Regional Solcitor

          MARY KATHRYN COBB
          Counsel for Civil Rights

          /s/ Matthew P. Sallusti
          MATTHEW P. SALLUSTI
          Senior Trial Attorney
          Texas Bar No. 24013447
          sallusti.matthew@dol.gov
          docket.dallas@dol.gov

          U. S. Department of Labor
          Office of the Solicitor
          525 Griffin Street, Suite 501
          Dallas, Texas  75202
          Telephone (972) 850-3100
          Facsimile (972) 850-3101
          RSOL No. 0620-21-00529

          Electronically filed August 8, 2022

## CERTIFICATE OF SERVICE

On August 8, 2022, the undersigned served this pleading on the Defaulting Hi Tech Defendants' Counsel via email and the ECF system:[1]

Donald W. Gould, II
JOHNSON DELUCA KURISKY & GOULD, P.C
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
Email: dgould@jdkglaw.com

              /s/ Matthew P. Sallusti
              MATTHEW P. SALLUSTI
              Senior Trial Attorney

---

[1] Because this Motion is dispositive, no certificate of conference is required pursuant to Local Rule CV-7(i). Nevertheless, the Secretary assumes the Defaulting Hi Tech Defendants oppose.

3